UNITED STATES DISTRICT COURT
for the EASTERN DISTRICT
-------------------------------------------------------------------X
MENACHEM STONE on behalf of
himself and all others similarly situated            Index No. CV-11-5778

                Plaintiff,                                         **ANSWER**

      -against-

KIRSCHENBAUM & PHILLIPS, P.C.

                Defendants
-------------------------------------------------------------------X

      Defendants, KIRSCHENBAUM & PHILLIPS, P.C., answering the complaint of the plaintiff, alleges as follows:

      1.    Defendant denies having information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraphs 1, 2, 10, 11 and 12.

      2.    Admits the allegations contained in paragraphs 3, 5, 6, 7, 8 and 9.

      3.    Denies in whole or in part to allegations contained in paragraphs 4, 14, 21 and 22.

## CLASS ACTION ALLIGATIONS

      4.    Defendant's admits that Plaintiff purports to bring this action on behalf of class but denies violations any wrong doing to the extent as alleged in the complaint further denies the lawsuit meets the requirements for a class action.

      WHEREFORE, defendant, KIRSCHENBAUM & PHILLIPS, P.C., demands judgment dismissing the within action, with prejudice, and the assessment of costs and disbursements against the plaintiff.

FULL VERIFIED ANSWER

                **MICHAEL L. KOHL, P.C.**
40 Daniel Street Suite 7 P.O. Box 9000 Farmingdale, NY 11735, (516) 746-1144

Dated: Farmingdale, New York
January 30, 2012

KIRSCHENBAUM & PHILLIPS, P.C.
*Attorneys for Defendant*
KIRSCHENBAUM & PHILLIPS, P.C.

By: _____
MICHAEL L. KOHL
40 Daniel Street – Suite 7
P.O. Box 9000
Farmingdale, NY 11735
(516) 746-1144

UNITED STATES DISTRICT COURT
for the EASTERN DISTRICT
-------------------------------------------------------------------X
MENACHEM STONE on behalf of
    himself and all others similarly situated      Index No. CV-11-5778

                                  Plaintiff,                        **VERIFICATION**

                        -against-

KIRSCHENBAUM & PHILLIPS, P.C.

                                Defendants
-------------------------------------------------------------------X

    IRWIN S. KIRSCHENBAUM, being duly sworn, deposes and says:

    I am an officer of the Defendant in the within action.

    I have read the foregoing Answer and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters, I believe it to be true.

                                                        IRWIN S. KIRSCHENBAUM

Sworn to before me this
1st day of February, 2012
Notary Public

COLLEEN SELVAGGIO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SE6180645
Qualified in Suffolk County
My Commission Expires January 14, 2016

FULL VERIFIED ANSWER

UNITED STATES DISTRICT COURT
for the EASTERN DISTRICT
-----------------------------------------------------------------X
MENACHEM STONE on behalf of
himself and all others similarly situated          Index No. CV-11-5778

                             Plaintiff,
         -against-                                               **AFFIDAVIT of SERVICE**

KIRSCHENBAUM & PHILLIPS, P.C.

                             Defendants
-----------------------------------------------------------------X

STATE OF NEW YORK   }
COUNTY OF NASSAU    } ss.:

    COE SELVAGGIO, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside in East Islip, New York.

On 2/1, 2012, deponent served the within ANSWER upon:

    ADAM J. FISHBEIN, P.C. (AF – 9508)
    Attorney for Plaintiff
    483 Chestnut Street
    Cedarhurst, NY 11516

the address designated by said attorney for that purpose, by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, by REGULAR MAIL.

                                                                  COE SELVAGGIO

Sworn to before me this
1 day of Feb 2012.

_____
NOTARY PUBLIC

    MICHAEL LAZARUS KOHL
    Notary Public, State of New York
    No. 30-4681853
    Qualified in Suffolk County
    Commission Expires Aug. 31 2014

FULL VERIFIED ANSWER

                              MICHAEL L. KOHL, P.C.
**40 Daniel Street Suite 7 P.O. Box 9000 Farmingdale, NY 11735, (516) 746-1144**

Index No.     CV-11-5778

UNITED STATES DISTRICT COURT
for the EASTERN DISTRICT OF NEW YORK

MENACHEM STONE on behalf of
himself and all others similarly situated

               Plaintiff,

-against-

KIRSCHENBAUM & PHILLIPS, P.C.

               Defendants.

## VERIFIED ANSWER

**MICHAEL L. KOHL, P.C.**
*Attorneys for Defendant*
*Office and Post Office Address, Telephone*
**40 Daniel Street – Suite 7**
**P.O. Box 9000**
**Farmingdale, New York  11735**
**(516) 746-1144**

Signature (Rule 130-1.1a)

MICHAEL L. KOHL

To

Attorneys) for

Service of a copy of the within          is hereby admitted.
Dated,

               Attorney(s) for

Please take notice
[ ] <u>NOTICE OF ENTRY</u>
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on
[ ] <u>NOTICE OF SETTLEMENT</u>
that an order       of which the within is a true copy will be presented for
settlement to the HON.               one of the judges
of the within named court, at
on          at       M.
Dated,                Yours, etc.

            **MICHAEL L. KOHL, P.C.**
            *Attorneys for Defendant*
TO             *Office and Post Office Address, Telephone*
            **40 Daniel Street – Suite 7**
Attorney(s) for         **P.O. Box 9000**
            **Farmingdale, New York  11735**